United States District Court
Southern District of Texas
**ENTERED**
September 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED OWAIS AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2276 |
| | § | |
| ASIM HAFEIZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF SYED OWAIS AHMED'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ASIM HAFEIZ

Before the Court is the Motion for Default Judgment (Doc. No. 10) filed by Plaintiff Syed Owais Ahmed ("Plaintiff") against Defendant Asim Hafeiz ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action, and the authorities cited, the Court finds as follows:

1. Plaintiff filed suit against Defendant, to recover unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA") on June 25, 2019. (Doc. No. 1.)

2. Mr. Hafeiz was served with process on July 25, 2019. (Doc. No. 8.)

3. Defendant's answer was due by August 15, 2019.

4. Defendant has not filed an answer.

5. Defendant has otherwise failed to appear in this action and is in default under Rule 55 of the Federal Rules of Civil Procedure. (*See* Doc. No. 11, Entry of Default.)

6. Plaintiff has established that Defendant is liable to Plaintiff for $23,760.00 in unpaid overtime pursuant to 29 U.S.C. §§ 206, 207 and for $23,760.00 in liquidated damages pursuant to 29 U.S.C. § 216(b), together with reasonable attorney's fees in the amount of $25,000 and costs of this action in the amount of $525.

7. For the above stated reasons, Plaintiff's Motion for Default Judgment (Doc. No. 10) is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. That Judgment by default be entered in favor of Plaintiff Syed Owais Ahmed and against Defendant Asim Hafeiz consistent with the Court's Entry of Default (Doc. No. 11);

2. That Plaintiff recover unpaid overtime from Defendant in the amount of $23,760.00, together with liquidated damages in the amount of $23,760.00, together with reasonable attorney's fees in the amount of $25,000 and costs of this action in the amount of $525.

3. That the Judgment shall bear post-judgment interest at an annual rate of 1.72% from the date of this Judgment until paid;

4. That all writs and process for the enforcement and collection of this Judgment may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment; and,

5. That through this Order, and because there is no just reason for delay, the Court hereby enters a **FINAL JUDGMENT** against Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 10th day of September, 2019.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE